IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL VORE, <br><br> Plaintiff, <br><br> vs. <br><br> GIRLS INCORPORATED OF OMAHA, CITY OF OMAHA, and CORVEL CORPORATION, <br><br> Defendants. | 8:23CV352 <br><br><br> **ORDER** <br> **(AMENDED)** |

Defendant Girls Incorporated of Omaha filed a Motion to Extend Defendant's complete expert disclosure deadline by 30 days. (Filing No. 49). No party has responded to the motion and the time for doing so has passed.

Accordingly,

IT IS ORDERED:

1) Defendant's motion to extend is granted. (Filing No. 49). The deadline for complete expert disclosures of all experts expected to testify at trial (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the Defendants:   December 18, 2024
   Rebuttal:             January 18, 2025.

2) The deadlines in the Second Amended Final Progression Order (Filing No. 43) that are not specifically amended by this order are unchanged.

Dated this 17th day of December, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge