IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL VORE,<br><br>            Plaintiff,<br><br>vs.<br><br>GIRLS INCORPORATED OF OMAHA, CITY OF OMAHA, and CORVEL CORPORATION,<br><br>            Defendants. | **8:23CV352**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 140). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

Dated this 28th day of August, 2025.

                                                                             BY THE COURT:

                                                                             s/ Joseph F. Bataillon<br>
                                                                             Senior United States District Judge